UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

THE UNITED STATES OF AMERICA, and )
STATE OF TENNESSEE *ex rel.* )
MARTIREA F. PRATT, )
                                                        )
        Plaintiffs/Relators, )
                                                        )
                  v. )          Civil No. 3:17-CV-66-KAC-JEM
                                                       )
WESTBROOK MEDICAL CLINIC, PLLC, )
TENNESSEE VALLEY REGIONAL )
LABORATORY, LLC d/b/a ALTAIR )
LABORATORY, ROBERT E. MORRISON, )
D.C., RICHARD POEHLEIN, M.D., LUCY )
SPURGEON, and SOLSTAS LAB )
PARTNERS GROUP, LLC, )
                                                        )
        Defendants. )

## AGREED ORDER

**THE COURT ORDERS** that pursuant to the Settlement Agreement entered on April 28, 2025, between the State of Tennessee; Defendants, Westbrook Medical Clinic, PLLC and Robert E. Morrison, D.C. (d/b/a Westbrook Medical Clinic, PLLC) ("Defendants"); and Relator Martirea Pratt, Defendants owe the State of Tennessee $200,000.00.

**THE COURT FURTHER ORDERS** that Defendants shall use $200,000.00 from the proceeds of the sale of property owned by Defendant Robert E. Morrison, D.C. located at 950 White Wing Road N., Lenoir City, Tennessee 37771 to pay the entirety of the debt owed to the State of Tennessee ($200,000.00) which is the subject of this pending litigation. The entirety of the $200,000.00 debt shall be paid by Defendants to the State of Tennessee within thirty (30) days after the close of the sale of said property.

1

**THE COURT FURTHER ORDERS** that Defendants shall communicate with any Realty Company and/or Title Company the terms of this Agreed Order to effectuate the sale proceeds being processed so that the State of Tennessee is paid in full after the sale of the property is complete. Defendants shall communicate to any Realty Company and/or Title Company that they shall communicate with and provide any and all documentation and information requested by the State of Tennessee.

**THE COURT FURTHER ORDERS** that the State of Tennessee shall file this Order with the Register of Deeds Office for Loudon County to secure their interest of $200,000.00.

It is so **ORDERED**.

Dated this 7th day of May, 2025

KATHERINE A. CRYTZER
United States District Judge

Submitted for Entry By:

STATE OF TENNESSEE
JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Haylie C. Robbins*
Haylie C. Robbins (BPR No. 038980)
Assistant Attorney General
General Litigation Division
Civil Medicaid Fraud Unit
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 313-5795
Haylie.robbins@ag.tn.gov

*Attorney for the State of Tennessee*

*/s/ Louis W. Ringger, III*
Louis W. Ringger, III (BPR No. 006559)
Davis, Johnson & Ringger, P.C.
21 Battery Park Avenue, Suite 206
Asheville, North Carolina 28801
(828) 622-0044
bringger@enviroattorney.com

*Attorney for Relator*


*/s Gregg Harrison*
Gregg Harrison (BPR No.
800 Gay Street, Ste 1650
Knoxville, TN 37929

*Attorney for Defendants*

3