UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, and STATE OF TENNESSEE *ex rel.* MARTIREA F. PRATT, | ) ) ) ) | |
| Plaintiffs/Relators, | ) ) | |
| v. | ) ) | Civil No. 3:17-CV-66-KAC-JEM |
| WESTBROOK MEDICAL CLINIC, PLLC, TENNESSEE VALLEY REGIONAL LABORATORY, LLC d/b/a ALTAIR LABORATORY, ROBERT E. MORRISON, D.C., RICHARD POEHLEIN, M.D., LUCY SPURGEON, and SOLSTAS LAB PARTNERS GROUP, LLC, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Come now the Plaintiffs, the State of Tennessee ("State") and Relator Martirea Pratt ("Relator"), and Defendants, Westbrook Medical Clinic, PLLC, Tennessee Valley Regional Laboratory, LLC D/B/A Altair Laboratory, Robert E. Morrison, D.C., Richard Poehlein, M.D., Lucy Spurgeon, and Solstas Lab Partners Group, LLC (collectively "Defendants"), and pursuant to Local Rule 68.1 and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to dismissal of certain claims in this Action. In accordance with the recently filed settlement agreement (Doc. 102-1), the parties have agreed to resolve the *qui tam* component of this Civil Action, while preserving Relator's independent cause of action against Defendants for retaliation/wrongful termination as alleged in Count X of Relator's Complaint (Doc. 1, at 47-48). Accordingly, the parties stipulate that all claims – other than Relator's retaliation/wrongful

termination claim – shall hereby be dismissed with prejudice, and Relator's retaliation/wrongful termination claim shall remain pending before this Court.

>STATE OF TENNESSEE
>JONATHAN SKRMETTI
>Attorney General and Reporter
>
>*/s/ Haylie C. Robbins*
>Haylie C. Robbins (BPR No. 038980)
>Assistant Attorney General
>General Litigation Division
>Civil Medicaid Fraud Unit
>Office of the Tennessee Attorney General
>P.O. Box 20207
>Nashville, Tennessee 37202
>(615) 313-5795
>Haylie.robbins@ag.tn.gov
>*Attorney for the State of Tennessee*
>
>
>*/s/ Louis W. Ringger, III*
>Louis W. Ringger, III (BPR No. 033674)
>Davis, Johnson & Ringger, P.C.
>21 Battery Park Avenue, Suite 206
>Asheville, North Carolina 28801
>(828) 622-0044
>bringger@enviroattorney.com
>*Attorney for Relator*
>
>*/s/ Gregg Harrison*
>Gregg Harrison (BPR No. 012656)
>800 Gay Street, Ste 1650
>Knoxville, TN 37929
>*Attorney for Defendants*

CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on May 30, 2025, I caused to be served the *Joint Stipulation of Dismissal* on the following via electronic mail and/or first-class U.S. Mail postage prepaid:

Gregg Harrison

800 Gay Street, Ste 1650
Knoxville, TN 37929
*Attorney for Defendants*

Louis W. Ringger, III
Davis, Johnston & Ringger, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
*Attorney for Relator*

                                                   _/s/ Haylie C. Robbins_